UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SEAN WHITE § § **Plaintiff** § § VS. § § SWK REAL ESTATE PARTNERS, LP § § **Defendant** § | CIVIL ACTION NO. 4:21-cv-01000 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, SEAN WHITE, Plaintiff, and SWK REAL ESTATE PARTNERS, LP, Defendant, have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:      April 22, 2021          FOR SEAN WHITE, Plaintiff

BY:      /S/   R. Bruce Tharpe
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax
Texas State Bar ID No. 19823800

Federal Bar ID 13098

DATED: April 22, 2021   FOR SWK REAL ESTATE PARTNERS, LP

BY: */s/ Iain L. C. Kennedy*
Iain L. C. Kennedy
NATHAN SOMMERS JACOBS
2800 Post Oak Blvd., 61st Floor
Houston, Texas 77056
(713) 960-0303 - Office
(713) 892-4800 - Fax
Email: ikennedy@nathansommers.com